IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JEFFERY SCOTT HIGGINBOTHAM | § | |
| VS. | § | CIVIL ACTION NO. 1:21-CV-320 |
| WARDEN, LASALLE CORRECTIONS | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Jeffery Scott Higginbotham, an inmate currently confined at the Lasalle Corrections Unit, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends this case be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b) (Doc. # 4).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

**SIGNED** this the 3 day of **January, 2022.**

Thad Heartfield
United States District Judge

---

[1] A copy of the Report and Recommendation was returned as "undeliverable" on September 23, 2021 (Doc. # 5).